35310. HINSON v. GRAHAM et al.
35311. HINSON v. WOODARD.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

Submitted August 31, 1979 — Decided January 8, 1980.

*J. Laddie Boatright,* for appellant.

*Herschel B. Herrington, W. Spencer Connerat,* for appellees (Case No. 35310).

*Herschel B. Herrington,* for appellee (Case No. 35311).